RESPONSE: TO DISTRICT ATTORNEY, and, THE
TRIAL COURT, FINDINGS OF FACT, AND CONCLUSIONS OF LAW
59,315-02

EXPARTE WHITE

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk

140TH DISTRICT COURT,
OF LUBBOCK COUNTY, TX

·VS·

THE STATE OF TEXAS

TRIAL COURT WRIT NO:
2002-439-262-B

## TO THE HONORABLE COURT OF CRIMINAL APPEALS.

This is a Response letter to the "Lubbock County Texas District Attorney, and the Trial Courts, Findings of Fact and Conclusions of Law.

Both the Dist. Attorney/Trial Court, allege that appellant Preston Jerome White; has not met the subsequent writ requirements of TEX. CODE. CRIM. PROC. ANN. art—11.07(4)(a).
Now, with all due respect, I totally disagree with the conclusions of both the ("state /court).. appellant, ~~presen~~ presented via his habeas writ. enough evidence, in care of affidavits from (1) His Mother, (2) His Brother, and had appellant's (GrandMother) still been among the living, she too would've submitted an affidavit in appellant's favor.

In addition to this, appellant has submitted the "TRUTH!! when he stated that his attorneys mislead him, into signing for the sentence he

①

to do otherwise.. So.. with the utmost respect
please allow the appellant proceed further
and show that he has met all
the requirements of TEX. CODE.CRIM. PROC. ANN.
art. 11.07 (4)(a)..

Respectfully Submitted
Preston Jerome White
x Preston Jerome White.

(5-21-15)

Address: 3001 S. Emily Dr.
Beeville. Tex. 78102
Mc Connell. unit

Preston White # 1099324